■ In the Matter of NATAYLIA C.B. and Another, Infants. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent; CHRISTOPHER B., Appellant. (Appeal No. 2.) [51 NYS3d 915]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered September 28, 2016. The order settled the record on appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Nataylia C.B. (Christopher B.)* ([appeal No. 1] 150 AD3d 1657 [2017]). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ.